# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:  Case No:  6:21-bk-02058-GER

**ALFREDO RODRIGUEZ**
**JAQUELIN SIMPSON**

_____Debtors  /  Chapter 13

# Motion to Dismiss for Failure to Maintain Timely Plan Payments
## Total Due $7,929.90

**Notice of Opportunity to Object and Request for Hearing**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy of the same on the Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790 (and any other appropriate persons) within the time frame allowed within 21days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

COMES NOW Laurie K. Weatherford, Chapter 13 Standing Bankruptcy Trustee for the Middle District of Florida, Orlando Division, and shows:

1. The Debtors filed this Chapter 13 case on 05/03/2021.
2. Pursuant to 11 USC 1322 (a)(1) the Debtors were to file a plan which among other things provides for the submission of all or such portion of future earnings or other income of the Debtors to the supervision and control of the Trustee as is necessary for the execution of the plan.
3. The Debtors have failed to submit the supervision and control of the Trustee funds necessary for

a plan to be successful in this case.

4. That review of the Debtors' Report of Receipts and of the Debtors' individual payments for this case reflects the Debtors are delinquent in payments under the Chapter 13 Plan in the amount of $4,949.67 through January 5, 2023 and will be delinquent an additional payment of $2,980.23 which will come due on February 3, 2023 for a delinquency in the sum of $7,929.90. Said total sum includes the next plan payment due under the Chapter 13 Plan which will become due and payable within the time frame allowed by the court for the Debtors to become current in the plan payments. A copy of the Plan Payment Schedule and Trustee's Report of Receipts is attached hereto as **Exhibit "A"**.

WHEREFORE, the Trustee moves this honorable Court for an order dismissing this case unless the Debtors pay(s) the entire arrearage as listed above the Chapter 13 Trustee on or before **January 26, 2023** by mailing said sum to the payment address at **Post Office Box 1103, Memphis, TN 38101-1103**, and granting such relief as the court may deem appropriate.

## Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 5th day of January, 2023.

**Debtors** - Alfredo Rodriguez and Jaquelin Simpson, 1443 Kingston Way, Kissimmee, FL 34744
**Attorney** - Walter F Benenati, Walter F Benenati Credit Attorney, 2702 E Robinson St, Orlando, FL 32803

**BY: /S/ LAURIE K. WEATHERFORD**
Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com

# Exhibit "A"

## Plan Payment Schedule

| Period | Date (Month/Year) | Payment Due | Payment Received | Amount Due |
|---|---|---|---|---|
| 1 | 06/2021 | $2,800.00 | $2,800.00 | $0.00 |
| 2 | 07/2021 | $2,800.00 | $2,800.00 | $0.00 |
| 3 | 08/2021 | $2,800.00 | $1,400.00 | $1,400.00 |
| 4 | 09/2021 | $2,800.00 | $4,200.00 | $0.00 |
| 5 | 10/2021 | $2,800.00 | $1,000.00 | $1,800.00 |
| 6 | 11/2021 | $2,800.00 | $3,200.00 | $1,400.00 |
| 7 | 12/2021 | $2,800.00 | $2,800.00 | $1,400.00 |
| 8 | 01/2022 | $2,800.00 | $2,800.00 | $1,400.00 |
| 9 | 02/2022 | $2,800.00 | $1,400.00 | $2,800.00 |
| 10 | 03/2022 | $2,800.00 | $4,200.00 | $1,400.00 |
| 11 | 04/2022 | $2,800.00 | $3,200.00 | $1,000.00 |
| 12 | 05/2022 | $2,980.00 | $2,380.00 | $1,600.00 |
| 13 | 06/2022 | $2,800.00 | $2,700.00 | $1,700.00 |
| 14 | 07/2022 | $2,800.00 | $1,700.00 | $2,800.00 |
| 15 | 08/2022 | $2,980.23 | $4,200.00 | $1,580.23 |
| 16 | 09/2022 | $2,980.23 | $3,070.35 | $1,490.11 |
| 17 | 10/2022 | $2,980.23 | $1,491.00 | $2,979.34 |
| 18 | 11/2022 | $2,980.23 | $3,980.24 | $1,979.33 |
| 19 | 12/2022 | $2,980.23 | $1,500.00 | $3,459.56 |
| 20 | 01/2023 | $2,980.23 | $1,490.12 | $4,949.67 |

## Report of Receipts

| Receipt Date | Source | Amount | Receipt Date | Source | Amount |
|---|---|---|---|---|---|
| 06/10/2021 | | $1,400.00 | 04/25/2022 | | $1,800.00 |
| 06/24/2021 | | $1,400.00 | 05/09/2022 | | $1,000.00 |
| 07/09/2021 | | $1,400.00 | 05/09/2022 | | $180.00 |
| 07/22/2021 | | $1,400.00 | 05/24/2022 | | $1,200.00 |
| 08/19/2021 | | $1,400.00 | 06/09/2022 | | $1,600.00 |
| 09/02/2021 | | $1,400.00 | 06/22/2022 | | $1,100.00 |
| 09/16/2021 | | $1,400.00 | 07/08/2022 | | $1,700.00 |
| 09/30/2021 | | $1,400.00 | 08/01/2022 | | $1,400.00 |
| 10/15/2021 | | $500.00 | 08/08/2022 | | $1,400.00 |
| 10/28/2021 | | $500.00 | 08/29/2022 | | $1,400.00 |
| 11/08/2021 | | $1,800.00 | 09/19/2022 | | $1,580.23 |
| 11/22/2021 | | $1,400.00 | 09/26/2022 | | $1,490.12 |
| 12/06/2021 | | $1,100.00 | 10/24/2022 | | $1,491.00 |
| 12/20/2021 | | $1,100.00 | 11/07/2022 | | $1,490.12 |
| 12/23/2021 | | $600.00 | 11/14/2022 | | $500.00 |
| 01/03/2022 | | $1,400.00 | 11/21/2022 | | $1,490.12 |
| 01/21/2022 | | $1,400.00 | 11/28/2022 | | $500.00 |
| 02/03/2022 | | $1,400.00 | 12/06/2022 | | $1,200.00 |
| 03/01/2022 | | $1,400.00 | 12/12/2022 | | $300.00 |
| 03/07/2022 | | $500.00 | 01/04/2023 | | $1,490.12 |
| 03/14/2022 | | $900.00 | | | |
| 03/28/2022 | | $1,400.00 | | | |
| 04/05/2022 | | $1,400.00 | | | |